FILED TIME AM10:40
2024 MAR 20 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __Illinois__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  __249 Broadway NJ, LLC__

2. **All other names debtor used in the last 8 years**  __N/A__

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  __XX-XXX0125__

4. **Debtor's address**

    **Principal place of business**

    __40 Memorial Hwy__
    Number   Street

    __Ste. 36G__

    __New Rochelle  NY  10801__
    City         State  ZIP Code

    __Westchester__
    County

    **Mailing address, if different from principal place of business**

    __2900 Westchester Ave__
    Number   Street

    __Ste. 302__
    P.O. Box

    __Purchase  NY  10577__
    City       State  ZIP Code

    **Location of principal assets, if different from principal place of business**

    __527 South Grand Ave W__
    Number   Street

    __Springfield  IL  62704-3719__
    City         State   ZIP Code

5. **Debtor's website (URL)**  _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __249 Broadway NJ LLC__    Case number (if known)_____

6. **Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    __5 3 1 3__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor __249 Broadway NJ, LLC__    Case number (if known)_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
              District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
             District _____ When __/__/____
             Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? __527 South Grand Ave. W__
                           Number  Street

    __Springfield__  __IL__ __62704-3719__
    City              State  ZIP Code

    Is the property insured?
    ☐ No
    ☒ Yes. Insurance agency __TR Insurance Agency, Inc.__
           Contact name __Tamika Rose__
           Phone __(914) 830-4766__

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **249 Broadway NJ, LLC**   Case number (if known) _____

### 13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/18/2024**
MM / DD / YYYY

X _Thomas U. Gage_ (signature)    **Thomas U. Gage**
Signature of authorized representative of debtor    Printed name

Title **Vice-Manager**

Debtor  **249 Broadway NJ, LLC**  Case number (if known) _____
       Name

### 18. Signature of attorney

X __N/A_____  Date _____
Signature of attorney for debtor         MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____   _____   _____
City                                State        ZIP Code

_____   _____
Contact phone                       Email address

_____   _____
Bar number                          State

UNITED STATES OF AMERICA
US DISTRICT (BANKRUPTCY) COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

In re: 249 Broadway NJ, LLC

I, the undersigned, state as follows:

1. I am the Vice-Manager of 249 Broadway NJ, LLC, debtor/ petitioner in the aforesaid matter. Pursuant to the Operating Declaration of said limited liability company I am empowered to execute this document and did so at the manager/member's direction.
2. Said debtor is a New Jersey limited liability company which has not generated any of the documents requested and elaborated in Section "8" of the Voluntary Petition for Non-Individuals Filing Bankruptcy filed herewith.
3. The sole asset of the limited liability company is a certain dwelling house situated at 527 South Grand Avenue West, in the City of Springfield, County of Sangamon and the State of Illinois. The petitioner avers that there is equity in said property. The petitioner has rented the property. It is occupied and is producing income.
4. I am making this statement pursuant said section "8" and 11 USC §1116(1)(B).

Dated: March 18, 2024

By: *[signature]*
Thomas U. Gage, Vice-Manager
429 Broadway NJ, LLC
Debtor/Petitioner

Thomas U. Gage, Vice- Manager  
249 Broadway NJ, LLC  
2900 Westchester Ave., Ste 302  
Purchase, NY  10577

March 18, 2024

Adrienne D. Atkins, Clerk  
US Bankruptcy Court  
Central District of Illinois  
600 East Monroe St. #319  
Springfield, IL 62701

FILED TIME AM10:40  
2024 MAR 20 SPR

ADRIENNE D. ATKINS  
CLERK, USBC CDIL

By:  FedEx courier

Re: 249 Broadway NJ, LLC (Debtor)

Dear Ms. Atkins:

Enclosed please find the Voluntary Petition for Non-Individual Filing for Bankruptcy for the aforesaid debtor in a **Chapter 11** bankruptcy filing

Thank you for your attention to this matter.

Sincerely,


Thomas U. Gage , Vice Manager  
249 Broadway NJ, LLC  
2900 Westchester Ave., Ste 302  
Purchase, NY  10577  
(914) 566-9050 x102  
thomas@mioym.com

cc; Creditor as listed and interested parties  
(by telefacsimile and /or US. Mail, postage prepaid)  
Fee payment enclosed