| | |
|---|---|
| MEMORANDUM | U.S. DEPARTMENT OF JUSTICE<br>Office of the United States Trustee<br>Northern and Southern Districts of Indiana<br>Central and Southern Districts of Illinois |
| SUBJECT: | DATE: |
| Chapter 11- Subchapter V § 341 Meeting Date, Time and Location | March 22, 2024 |
| TO: | FROM: |
| ADRIENNE ATKINS<br>Clerk of Court<br>Springfield, IL | JAMES A. SALINAS<br>Attorney for U.S. Trustee<br>Peoria, IL |

Please send notice of the following Chapter 11 Subchapter V - § 341 Meeting:

    Case Name:    <u>249 Broadway NJ, LLC.</u>

    Case Number:    24-70182

    Date:    April 23, 2024

    Time:    11:30 A.M. (Central Standard Time)

    Location:    **<u>TELEPHONIC</u>**

                  Conference Line: 1-888-394-3264
                  Participant Code: 5992494

Thank you for your assistance with this matter.